| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 12CR0654-JLS |
| Plaintiff, | **ORDER RE: IN CAMERA REVIEW OF GOVERNMENT DOCUMENTS** |
| v. | |
| ELADIO CRUZ, | |
| Defendant. | |

Presently before the Court is the Government's *Ex Parte* Application for an In Camera Review of Government Documents (Doc. No. 48). The Government has submitted two I-213 "Record of Deportable/Inadmissible Alien" forms related to the individuals arrested with Defendant Cruz on December 21, 2011. The Government requests that the Court make a determination as to whether these documents must be disclosed to Defendant Cruz.[1]

Having reviewed the submissions, the Court finds that the documents are not required to be disclosed under Criminal Procedure Rule 16(a)(1)(E). Defendant has made no specific showing as to how these records would be material to his defense, nor is any materiality evident on the face of the documents as they contain no reference to Defendant Cruz' knowledge or intent at the time of his entry

---

[1] These items are among documents sought by Defendant in a Motion to Compel Discovery filed on October 1, 2012 (Doc. No. 42).

into the United States, nor to his actions prior to the aliens' apprehension.

The Court further finds that the documents are not required to be disclosed under *Brady*[2] or *Giglio*[3] as they contain no apparent exculpatory or impeachment evidence material to the guilt or punishment of Defendant Cruz. Thus, based upon its review of the documents provided, the Court finds no obligation on behalf of the Government to provide disclosure to the defendant. Having made this determination, however, the Court presumes that the Government remains cognizant of the fact that it is the prosecution, being in a superior position to evaluate its own evidence, which must bear the ultimate responsibility to gauge the "likely net effect of all ... the evidence" and make disclosure of known, favorable evidence rising to a material level of importance. *Kyle v. Whitley*, 514 U.S. 419, 437-38 (1995).

IT IS SO ORDERED.

DATED: October 29, 2012

Honorable Janis L. Sammartino
United States District Judge

---

[2] *Brady v. Maryland*, 373 U.S. 83 (1963).

[3] *Giglio v. United States*, 405 U.S. 150 (1972).